Certificate Number: 02114-PR-CC-011587637

# CERTIFICATE OF COUNSELING

I CERTIFY that on 07/08/10, at 04:31 o'clock PM EST, ERIC LOZADA TOLEDO received from CredAbility, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Puerto Rico, an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.  A debt repayment Plan was not prepared.  If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.
This counseling session was conducted   by Internet .

| | | |
|---|---|---|
| Date: 07-09-2010 | By | /s/MIRNA OGLIVIE |
| | Name | MIRNA OGLIVIE |
| | Title | Counselor |

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency.  *See* 11 U.S.C. §§ 109(h) and 521(b).

1