IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ERIC LOZADA TOLEDO

CASE 10-06715-BKT

CHAPTER 13

DEBTOR(S)

# NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST
# MEETING OF CREDITORS

## AMENDED DOCUMENT

The meeting of creditors under 11 U.S.C. § 341, in the above captioned case has been scheduled for **September 22, 2010 at 2:30 pm.** It will be held at Ochoa Building, First Floor, Comercio Street Entrance, Tanca Street Corner, Old San Juan, Puerto Rico 00901.

In San Juan, Puerto Rico, this September 08, 2010.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants: debtor(s) and parties in interest included in the service list attached to the original hereof.

/s/ **ALEJANDRO OLIVERAS RIVERA**
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062

| 10-06715-BKT | CERTIFICATE OF MAILING |
|---|---|

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| ADMINISTRACION PARA EL SUSTENTO DE MENORES<br>PO BOX 71316<br>SAN JUAN, PR 00936-8416 | ANA I RUIZ CRESPO<br><br>, PR 00000 |
| ASUME<br>APARTADO 71414<br>SAN JUAN, PR 00936-8514 | DEPT DE TRANSPORTACION<br>Y OBRAS PUBLICAS<br>P O BOX 41269<br>SAN JUAN, PR 00940-1269 |
| JOSE PRIETO CARBALLO ESQ*<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 | MARIBEL CRUZ COTTO<br><br>, PR 00000 |
| ERIC LOZADA TOLEDO<br>HC 02 BOX 28594<br>CAGUAS, PR 00725 | |

DATED: September 08, 2010

/S/ Diana Arroyo
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1      - CASE     10-06715-BKT